**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| STEPHEN PAZ GUILLEN and | ) | Case No. 2-09-bk-17352 |
| PATRIA PINEDA GUILLEN, | ) | |
|    Debtor(s) | ) | |
| | ) | |

### REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORP. FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

   PLEASE TAKE NOTICE that Recovery Management Systems Corporation ("Recovery Management"), as authorized agent for GE Money Bank (LENSCRAFTERS/GEMB [Last four digit of account:1423]), a creditor in the above-captioned chapter 7 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> GE Money Bank
> c/o Recovery Management Systems Corp.
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Attn: Ramesh Singh
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 20, 2009

> By: /s/ Ramesh Singh

> Ramesh Singh
> c/o Recovery Management Systems Corp.
> Financial Controller
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> (305) 379-7674

Assignee Creditor: LENSCRAFTERS/GEMB [Last four digit of account:1423]